UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

MARY MCNALLY,

       Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC

       Defendants.

Case No.: 1:11-cv-13393
Hon. Thomas L. Ludington

| RONALD S. WEISS (P48762) | CHARITY A. OLSON (P68295) |
|---|---|
| WEISBERG & MEYERS, LLC | OLSON LAW GROUP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 7035 Orchard Lake Rd., Suite 600 | 106 E. Liberty, Suite 303 |
| West Bloomfield, MI 48322 | Ann Arbor, MI 48104 |
| 888-595-9111 Ext. 230 | 734-222-5179 |
| Fax: 866-565-1327 | Fax: 866-941-8712 |
| rweiss@attorneysforconsumers.com | colson@olsonlawpc.com |

## DEFENDANT'S WITNESS LIST

Defendant, Receivables Performance Management, LLC ("RPM"), through its counsel, Olson Law Group, for its Witness List, states as follows:

1. Mary McNally, c/o counsel.

2. Employees, agents and/or designated representatives of Receivables Performance Management, LLC, including but not limited to, the Keeper of Records, c/o undersigned counsel.

3. Employees, agents and/or designated representatives of Noble Systems, 4151 Ashford Dunwoody Road, Suite 600, Atlanta, GA 30319-1452, including but not limited to, the Keeper of Records, c/o undersigned counsel.

4. Employees, agents and/or designated representatives for Plaintiff's telephone providers, unknown at this time, including but not limited to, the Keeper of Records, c/o undersigned counsel.

5. Any and all persons/entities identified in the parties' written discovery responses or during depositions in this matter; which are ongoing.

6. Any and all medical providers who have treated Plaintiff during the last five (5) years; unknown at this time.

7. Employees, agents and/or designated representatives of Franklin Collection Services, Inc., including but not limited to, the Keeper of Records, c/o undersigned counsel.

8. Employees, agents and/or designated representatives of Commercial Recovery Systems, Inc., including but not limited to, the Keeper of Records, c/o undersigned counsel.

9. Employees, agents and/or designated representatives of Apelles, LLC, including but not limited to, the Keeper of Records, c/o undersigned counsel.

10. Employees, agents and/or designated representatives of Powell Law Office, P.C., including but not limited to, the Keeper of Records, c/o undersigned counsel.

11. Employees, agents and/or designated representatives of Pennister, Closson & Associates, Inc., including but not limited to, the Keeper of Records, c/o undersigned counsel.

12. Any and all witnesses listed by Plaintiff, whether or not called at trial.

13. Any and all witnesses called for the purpose of laying a proper foundation, rebuttal, authentication and/or impeachment.

14. Defendants reserve the right to amend this list consistent with the FRCP and this Court's Scheduling Order.

                    Respectfully Submitted,

                    /s/ Charity A. Olson
                    Charity A. Olson (P68295)
                    Olson Law Group
                    Attorneys for Defendant
                    106 E. Liberty, Suite 303
                    Ann Arbor, MI 48104
                    T (734) 222-5179
                    F (866) 941-8712
February 10, 2012        colson@olsonlawpc.com

## Proof of Service

    I, Charity A. Olson, hereby state that on February 10, 2012, I electronically filed the foregoing instrument with the Clerk of the Court using the ECF system which will send notification of such filing to all attorneys of record.

                    /s/ Charity A. Olson
                    Charity A. Olson (P68295)
                    Olson Law Group
                    Attorneys for Defendant
                    106 E. Liberty, Suite 303
                    Ann Arbor, MI 48104
                    T (734) 222-5179
                    F (866) 941-8712
                    colson@olsonlawpc.com