UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MARY McNALLY, ) | |
| ) | |
| Plaintiff, ) | No. 1:11 cv 13393-TLL-CEB |
| ) | |
| v. ) | **PLAINTIFF'S WITNESS LIST** |
| ) | |
| RECEIVABLES PERFORMANCE ) | |
| MANAGEMENT, LLC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

___

| No. | Witness and Nature of Testimony | Expects to Present | May Call |
|---|---|---|---|
| 1. | Mary McNally<br>1919 Carman Drive<br>Saginaw, MI 48602<br>989-980-0679<br><br>This witness will testify, including but not limited to, the nature of the alleged debt, her personal knowledge of the issues of fact to be presented, and her contact with Defendant. | X | |
| 2. | Henry Shorter, Director of Quality Control & Compliance at Receivables Performance Management, LLC.<br>c/o Charity A. Olson<br>OLSON LAW GROUP<br>106 E. Liberty Street<br>Suite 206<br>Ann Arbor, MI 48104<br>734-222-5179 | X | |

1

|    |    |    |    |
|----|----|----|----|
|    | This witness will testify, including but not limited to, the Defendants' policies and procedures, Defendants' internal records, Defendants' FDCPA training and compliance procedures, and Defendants' collection efforts regarding the Plaintiff's account. |    |    |
| 3. | Any Rule 30(b)(6) Representative Designated by Defendants<br>c/o Charity A. Olson<br>OLSON LAW GROUP<br>106 E. Liberty Street<br>Suite 206<br>Ann Arbor, MI 48104<br>734-222-5179<br><br>1) This witness will testify, including but not limited to, the Defendants' policies and procedures, Defendants' internal records, Defendants' FDCPA training and compliance procedures, Defendants' collection efforts regarding the Plaintiff's account, and Defendant's phone system and related technology, including its predictive dialer. | X |    |
| 4. | Howard George<br>20816 44th Avenue W<br>Lynwood, WA<br><br>This witness will testify, including but not limited to, the Defendants' policies and procedures, Defendants' internal records, Defendants' FDCPA training and compliance procedures, and Defendants' collection efforts regarding the Plaintiff's account. The witness will also testify as to his participation and personal involvement in the collection of the alleged debt. This witness will further testify as to his participation, involvement, and control of the affairs and day-to-day operations of Defendants' debt collection businesses. |    | X |
| 5. | Any witnesses learned through discovery, such as the individual collectors and/or employees of Defendant who participated in any way in the collection of the debt referenced in Plaintiff's complaint. |    | X |
| 6. | Any witness Defendants may call. |    | X |
| 7. | If other witnesses to be called at the trial become known, their names, addresses, and subject of their testimony will be reported to opposing counsel in writing as soon as they are known; this does not apply to rebuttal or impeachment witnesses. |    |    |

2

| 8. | Plaintiff reserves the right to amend this list prior to entry of a Pretrial Order | | |
|---|---|---|---|

This 10th day of February, 2012.

            WEISBERG & MEYERS, LLC

            s/ Ronald S. Weiss
            Ronald S. Weiss
            Michigan Bar No. P48762
            7035 Orchard Lake Road, Suite 600
            West Bloomfield, MI 48322
            RWeiss@AttorneysForConsumers.com
            (888) 595-9111 ext. 230
            (866) 565-1327 Fax
            *Lead Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2012, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Charity A. Olson
OLSON LAW GROUP
106 E. Liberty Street
Suite 206
Ann Arbor, MI 48104

            s/ Ronald S. Weiss
            Ronald S. Weiss
            Michigan Bar No. P48762
            7035 Orchard Lake Road, Suite 600
            West Bloomfield, MI 48322
            RWeiss@AttorneysForConsumers.com
            (888) 595-9111 ext. 230
            (866) 565-1327 Fax
            *Lead Counsel for Plaintiff*