UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

MARY MCNALLY,

    Plaintiff,

v.

RECEIVABLES PERFORMANCE
MANAGEMENT, LLC

    Defendant.

Case No.: 1:11-cv-13393
Hon. Thomas L. Ludington

| RONALD S. WEISS (P48762) | CHARITY A. OLSON (P68295) |
|---|---|
| WEISBERG & MEYERS, LLC | OLSON LAW GROUP |
| Attorney for Plaintiff | Attorneys for Defendant |
| 7035 Orchard Lake Rd., Suite 600 | 106 E. Liberty, Suite 303 |
| West Bloomfield, MI 48322 | Ann Arbor, MI 48104 |
| 888-595-9111 Ext. 230 | 734-222-5179 |
| Fax: 866-565-1327 | Fax: 866-941-8712 |
| rweiss@attorneysforconsumers.com | colson@olsonlawpc.com |

## NOTICE OF SETTLEMENT

    The parties have agreed to settle this lawsuit and intend to file a Stipulation of Dismissal as to all parties, with prejudice, no later than June 9, 2012.

    Respectfully Submitted,

/s/ Charity A. Olson
Charity A. Olson (P68295)
Olson Law Group
Attorneys for Defendant
106 E. Liberty, Suite 303
Ann Arbor, MI  48104
T (734) 222-5179
F (866) 941-8712
colson@olsonlawpc.com

April 11, 2012