| | |
|---|---|
| **From:** | Ron Weiss |
| **To:** | "colson@olsonlawpc.com" |
| **Cc:** | "rrowe@olsonlawpc.com" |
| **Subject:** | McNally v. Receivables |
| **Date:** | Wednesday, April 11, 2012 8:38:57 AM |
| **Attachments:** | Signed Release.pdf |

Hi Charity,

Thank you for sending the revised release. Attached is the signed release. I can forward the original at a later date. I called Randy earlier today with my consent to your filing the Notice of Settlement which gives us until 6/9 to complete the transaction. Also, I notified the court about the resolution; we do not need to have the phone conference, provided you file the NOS today.

If you have not already done so, please request the settlement draft.


--
Ronald S. Weiss, Attorney & Counselor
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
Phone: 888-595-9111 x 230 Fax: 248-737-8003
Ohio Address:
6725 West Central Avenue, Suite M-310
Toledo, OH 43617
RWeiss@attorneysforconsumers.com

Statement Required by U.S. Treasury Department/IRS Circular 230 Disclosure:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.