

106 E. Liberty, Suite 303
Ann Arbor, MI 48104
Tel: (734) 222-5179
Fax: (866) 941-8712

May 24, 2012

Ron S. Weiss, Esq.
7035 Orchard Lake Rd., Ste. 600
West Bloomfield, MI 48322
Fax: 248-737-8003
Tel: 888-595-9111 x 230

        Re:    Mary McNally v. Receivables Performance Management, LLC
              Case No.: 1:11-cv-13393

Dear Mr. Weiss:

      We are still awaiting provision of your client's completed Form W-9 for purposes of issuing the settlement check in the above matter.

      As discussed at the onset, my client needs this information so that it may comply with its respective obligations under the Internal Revenue Code. Should this information not be forthcoming, my client has advised me that they will be required to withhold 28% of the gross settlement amount from the settlement check consistent with IRC §3406.

      Kindly forward the requested information without delay.

                                    Very truly yours,

                                    Charity A. Olson, Esq.