

**RECEIVABLES PERFORMANCE MANAGEMENT, LLC**
**OPERATING ACCOUNT**
P.O. BOX 1548
LYNNWOOD, WA 98036
(425)412-2600

6/1/2012

PAY TO THE ORDER OF: Weisberg & Meyers, LLC Teust Account    $

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DOLLARS

Weisberg & Meyers, LLC Teust Accoun
5722 S. Flamingo Rd.
#656
Cooper City, FL 33330

MEMO
Mcnally V. RPM

AUTHORIZED SIGNATURE

---

RECEIVABLES PERFORMANCE MANAGEMENT, LLC    OPERATING ACCOUNT

Weisberg & Meyers, LLC Teust Account    6/1/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 6/6/2012 | Bill | McNally V. RPM 4.23 | | | | |

Check Amount

Operating- Sterli    Mcnally V. RPM

[redacted] [redacted]

**RECEIVABLES PERFORMANCE MANAGEMENT, LLC**
**OPERATING ACCOUNT**
P.O. BOX 1548
LYNNWOOD, WA 98036
(425)412-2600

6/1/2012

Details on Back.

PAY TO THE ORDER OF Internal Revenue Service $ [redacted]

[redacted]************************************************************************************ DOLLARS

Internal Revenue Service
PO Box 510000
San Francisco, CA 94151-5100

MEMO McNally V. RPM

AUTHORIZED SIGNATURE

Security Features Included

[redacted]

---

**RECEIVABLES PERFORMANCE MANAGEMENT, LLC** **OPERATING ACCOUNT** [redacted]

Internal Revenue Service 6/1/2012

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|---|---|---|---|---|---|---|
| 6/6/2012 | Bill | McNally V. RPM | [redacted] | [redacted] | | [redacted] |

Check Amount

[redacted] Operating- Sterli McNally V. RPM [redacted]

McNally

# FedEx Express NEW Package US Airbill

FedEx Tracking Number: **8003 7050 5388**

Form ID No. **0215**

SLA1

Sender's Copy

## 1 From  Please print and press hard.

Date: 6-4-12

Sender's FedEx Account Number: SENDER'S ~~[redacted]~~ LY

Sender's Name: RPM LLC.

Phone: (425) 412-2600

Company: RECEIVABLES PERFORMANCE MANAGE

Address: 20816 44TH AVE W STE 101

City: LYNNWOOD   State: WA   ZIP: 98036-7744

## 2 Your Internal Billing Reference

OPTIONAL

## 3 To

Recipient's Name: ____   Phone: ( )

Company: Weisberg & Meyers, LLC

Address: 5722 S. Flamingo Rd. #656

City: Cooper City   State: FL   ZIP: 33330

0451887522

## 4 Express Package Service

- [ ] FedEx First Overnight
- [ ] FedEx Priority Overnight
- [x] FedEx Standard Overnight
- [ ] NEW FedEx 2Day A.M.
- [ ] FedEx 2Day
- [ ] FedEx Express Saver

## 5 Packaging

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

## 6 Special Handling and Delivery Signature Options

- [ ] SATURDAY Delivery
- [ ] No Signature Required
- [x] Direct Signature
- [ ] Indirect Signature

Does this shipment contain dangerous goods?

- [x] No
- [ ] Yes As per attached Shipper's Declaration
- [ ] Yes Shipper's Declaration not required
- [ ] Dry Ice

- [ ] Cargo Aircraft Only

## 7 Payment  Bill to:

- [x] Sender
- [ ] Recipient
- [ ] Third Party
- [ ] Credit Card
- [ ] Cash/Check

611

The FedEx US Airbill has changed. See Section 4.