| | |
|---|---|
| **From:** | Ron Weiss |
| **To:** | Charity Olson |
| **Cc:** | Marshall Meyers; "rrowe@olsonlawpc.com" |
| **Subject:** | RE: Mary McNally v. Receivables Performance Management, LLC |
| **Date:** | Tuesday, June 05, 2012 4:16:54 PM |

Charity,

I am in receipt of Randall J Rowe II's June 5, 2012 sent on your behalf with a copy of 2 checks. The first check made payable to Weisberg and Meyers, LLC Teust [sic] Account in the amount of ▮▮▮▮. The second check is payable to the Internal Revenue Service in the amount of ▮▮▮▮ These checks violate the terms of the settlement and the intent of the parties.

As you recall, prior to your presenting the revised release, you, Marshall Meyers and I had phone conferences wherein it was made crystal clear that our client declined to execute a W9, referencing your client's conduct in another case wherein it sought a double tax benefit. We indicated that we would gladly provide one on behalf of our respective offices. We had discussed issues with the release language as a direct result of these concerns well before a settlement was reached.

On April 10, 2012, you provided the revised Settlement Agreement and Release which provided in part:



-

On April 11, 2012, you emailed my office final approval to send the Settlement Agreement and Release to the Plaintiff. Upon your consent, I forwarded the Settlement Agreement and Release to the Plaintiff. She immediately signed the document and I returned it to you.

Your client has violated the terms of the agreement in at least three ways. First and foremost, the agreement is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ We did not agree to a check to Weisberg and Meyers and we certainly did not agree to a check payable to the Internal Revenue Service. Further, more than ▮ days have elapsed since we returned the signed release. There is no justification for these breaches. On March 21, 2012, I provided a W9 and your client is welcome to issue a 1099 to my office for the full settlement, once the proceeds are paid.

Refusal to honor the April agreement will force us to file a request for the appropriate relief (including costs, sanctions and other remedies). Please correct this issue immediately.

Thank you.

--
Ronald S. Weiss, Attorney & Counselor
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
Phone: 888-595-9111 x 230 Fax: 248-737-8003
Ohio Address:
6725 West Central Avenue, Suite M-310
Toledo, OH 43617
RWeiss@attorneysforconsumers.com

Statement Required by U.S. Treasury Department/IRS Circular 230 Disclosure:
The U.S. Treasury Department requires us to advise you that this written advice is not intended or written by our firm to be used, and cannot be used by any taxpayer, for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code. Written advice from our firm relating to Federal tax matters may not, without our express written consent, be used in promoting, marketing or recommending any entity, investment plan or arrangement to any taxpayer, other than the recipient of the written advice.

---

**From:** rrowe@olsonlawpc.com [mailto:rrowe@olsonlawpc.com]
**Sent:** Tuesday, June 05, 2012 5:09 PM
**To:** Ron Weiss
**Cc:** Charity Olson
**Subject:** RE: Mary McNally v. Receivables Performance Management, LLC

Mr. Weiss,

Per our conversation earlier I have attached the following documents:

-A check image of the settlement payment
-A fed ex tracking slip

Please feel free to contact either Attorney Olson or I with any further questions or concerns.

Thank you very kindly,

Randall J. Rowe II
Legal Assistant/Paralegal
Olson Law Group
106 E. Liberty, Suite 303
Ann Arbor, MI 48104
734-222-5179
Fax: 866-941-8712
rrowe@olsonlawpc.com

> -------- Original Message --------
> Subject: Mary McNally v. Receivables Performance Management, LLC

From: <rrowe@olsonlawpc.com>
Date: Thu, May 24, 2012 12:58 pm
To: "Ron Weiss" <RWeiss@attorneysforconsumers.com>
Cc: "Charity Olson" <colson@olsonlawpc.com>

Mr. Weiss,

Attached please find correspondence from Attorney Charity A. Olson. Please feel free to contact me with any questions or concerns.

Thank you kindly,

Randall J. Rowe II
Legal Assistant/Paralegal
Olson Law Group
106 E. Liberty, Suite 303
Ann Arbor, MI 48104
734-222-5179
Fax: 866-941-8712
rrowe@olsonlawpc.com