IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MARY McNALLY, )<br>)<br>Plaintiff, )<br>) <br>v. )<br>)<br>RECEIVABLES PERFORMANCE )<br>MANAGEMENT, LLC )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:11-cv-13393<br><br>Judge Thomas L. Ludington<br>Mag. Judge Charles E. Binder |

| | |
|---|---|
| WEISBERG & MEYERS, LLC<br>Ronald S. Weiss (P48762)<br>7035 Orchard Lake Road, Suite 600<br>West Bloomfield, MI 48322<br>RWeiss@AttorneysForConsumers.com<br>(888) 595-9111 ext. 230<br>(866) 565-1327 Fax<br>*Lead Counsel for Plaintiff* | **Correspondence address**<br>Weisberg & Meyers, LLC<br>5025 N. Central Ave., #602<br>Phoenix, AZ 85012 |

_____

### STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to the above captioned action, through their respective attorneys, hereby stipulate and agree that the aforesaid action be dismissed with prejudice and without fees or costs to either party.

Dated this 8th day of October, 2012.

| For Plaintiff, | For Defendant, |
|---|---|
| s/ Ronald S. Weiss | s/ Charity A. Olson |
| Weisberg & Meyers, LLC | Olson Law Group |

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MARY McNALLY,        )<br>                              )<br>     Plaintiff,          )<br>                              )     Case No. 1:11-cv-13393<br>v.                           )<br>                              )     Judge Thomas L. Ludington<br>RECEIVABLES PERFORMANCE  )     Mag. Judge Charles E. Binder<br>MANAGEMENT, LLC    )<br>                              )<br>     Defendant.         )<br>_____) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties Stipulation to Dismiss;

It is **ODERED** that this suit is **DISMISSED** with prejudice.  This is a final order and closes the case.

                                         s/Thomas L. Ludington
                                         THOMAS L. LUDINGTON
                                         United States District Judge

Dated: October 9, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on October 9, 2012.

s/Tracy A. Jacobs<br>TRACY A. JACOBS